IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA HALLUM, et al.,

     Plaintiffs,

v.                                    Case No. 17-00007 MV/SCY

FOUR CORNERS OB-GYN, et al.,

     Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven Yarbrough's Proposed Findings and Recommended Disposition ("PFRD") recommending that Plaintiffs' Motion to Stay Ruling on Plaintiffs' Motion for Leave to File Amended Complaint be denied. Doc. 130. Magistrate Judge Yarbrough further recommended that Plaintiffs' Motion to Amend be granted to the extent that Plaintiffs sought the amendment to withdraw their claim for negligent infliction of emotional distress. Doc. 130. Magistrate Judge Yarbrough otherwise recommended that the Motion be denied. Doc. 130. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 130) is ADOPTED.

2. Plaintiffs' Motion to Stay Ruling on Plaintiffs' Motion to Amend is DENIED (Doc.

54).

3.  Plaintiffs' Motion for Leave to File Amended Complaint (Doc. 46) is GRANTED IN

    PART and DENIED IN PART.  Plaintiffs may file an amended complaint

    withdrawing their claim for negligent infliction of emotional distress.

    _____

    UNITED STATES DISTRICT JUDGE